3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　　rileywalter@W2LG.com

Chapter 9 Counsel for Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #:　94-6002897<br>Address:　869 N. Cherry Street<br>　　　　　Tulare, CA 93274 | CASE NO. 17-13797<br><br>Chapter 9 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TALYST INC.,<br><br>　　　　Defendant. | Adv. Proc. No.<br><br>**COMPLAINT FOR TURNOVER OF DEPOSIT** |

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

---

COMPLAINT FOR TURNOVER OF DEPOSIT

-1-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. Talyst, Inc\Complainta.050319.jmm.docx

Debtor, Tulare Local Healthcare District, doing business as Tulare Regional Medical Center ("Debtor" or the "District") hereby alleges as follows:

## JURISDICTION AND GENERAL ALLEGATIONS

1. This adversary proceeding is one arising in the Chapter 9 bankruptcy case of the District, Case No. 17-13797 now pending in this Court. The Court has jurisdiction over this adversary proceeding pursuant to FRBP 7001, 11 U.S.C. Section 542 and 28 U.S.C. Sections 157 and 1334.

2. Venue in this judicial district is proper pursuant to 28 U.S.C. Section 1409(a) by virtue of the Chapter 9 case pending before this Court.

3. This Complaint initiates an adversary proceeding as contemplated by B.R. Rule 7001. This controversy is a "core proceeding" as that term is defined in 28 U.S.C. § 157(b)(2)(A) and (O).

4. On September 30, 2017, the District filed a voluntary petition for Chapter 9 bankruptcy.

## FIRST CLAIM FOR RELIEF
### (11 U.S.C. Section 542)

5. Plaintiff realleges and incorporates by this reference each and every allegation of paragraphs 1 – 4 as though fully set forth.

6. On or about March 30, 2012, the District and Talyst Inc. ("Defendant") entered into a Prepayment Agreement and Master Service Agreement regarding the purchase, installation, maintenance and related services of pharmacy equipment and associated software (the "Agreement").

7. Upon the terms and conditions of the Agreement, the Defendant deposited $73,300.60 with Talyst Inc. as an earnest money deposit relating to a purchase of pharmacy equipment.

8. Defendant failed to provide or deliver the District with the pharmacy equipment.

9. Defendant did not timely perform and Plaintiff is entitled to return of said deposit of $73,300.60 plus interest at 1% per month from the date of the deposit.

11. Based on the foregoing, Plaintiff prays for relief as set forth below.

WHEREFORE, Plaintiff prays for entry of judgment as follows:

A. Turnover of the $73,300.60 earnest money deposit described at Paragraph 7, plus interest at 1% per month from the date of the deposit;

B. For an award of costs in favor of Plaintiffs;

C. For such other and further relief as the Court may deem appropriate.

Dated: May 3, 2019     WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter* (signature)
Riley C. Walter, Attorneys for Debtor,
Tulare Local Healthcare District, dba Tulare
Regional Medical Center

---

COMPLAINT FOR TURNOVER OF DEPOSIT

-3-

M:\S-U\TRMC\PLEADINGS\Adversary Proceedings\TRMC v. Talyst, Inc\complaint.050219.gaa.docx